**No. 09-991. Gale Garriott, Director, Arizona Department of Revenue, Petitioner v. Kathleen M. Winn, et al.**

562 U.S. 1090, 131 S. Ct. 812, 178 L. Ed. 2d 529, 2010 U.S. LEXIS 9560.

December 6, 2010. Motion of petitioner Arizona Christian School Tuition

Organization for leave to file a supplemental brief after argument granted.